IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Dorothy D Bashaw** ,                        Case No. 3:08cv783

          Plaintiff(s)

v.                                     ORDER

**Commissioner of Social Security**,

          Defendant(s)

      This is a Social Security case in which the Magistrate has filed a Report and Recommendation recommending remand. On de novo review, it appearing that the defendant Commissioner does not object to entry of an order affirming the Report and Recommendation and remanding for further proceedings consistent with the Report and Recommendation,

      It is hereby :

      ORDERED THAT:

      1. That the Report and Recommendation of United States Magistrate Benita Y. Pearson be, and the same hereby is adopted as the order of this Court;

      2. This case be, and the same hereby is remanded to the defendant Commissioner for further proceedings consistent with said Report and Recommendation.

      So Ordered.

                                                    s/ James G. Carr
                                                    Chief Judge
                                                    United States District Court